IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES TOLAN**, | : CIVIL ACTION NO. 1:03-CV-2324 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **LACKAWANNA COUNTY BOARD OF PRISON INSPECTORS**, et al., | : |
| **Defendants** | : |

## ORDER

AND NOW, this 18th day of August, 2008, upon consideration of the status report dated August 11, 2008 (Doc. 30), indicating that "Mr. Tolan will not be proceeding in federal court," it is hereby ORDERED that:

1. The above-captioned action is DISMISSED without prejudice. <u>See</u> Fed. R. Civ. P. 41(a)(2).

2. The Clerk of Court is directed to CLOSE this case.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge